FILED

02/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0617

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0617

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ANTHONY THOMAS DISHON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 16, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 14 2022